IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| L-3 COMMUNICATIONS<br>INTEGRATED SYSTEMS, L.P.,<br><br>　　　Plaintiff,<br><br>v.<br><br>CITY OF GREENVILLE, TEXAS,<br><br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>3:11-CV-2294-P |

## FINAL JUDGMENT

Pursuant to the Court's Order of September 5, 2012, the Court issues judgment as follows:

1)　　Plaintiff's claims against the City of Greenville are dismissed with prejudice; and

2)　　Costs are assessed against Plaintiff.

**IT IS SO ORDERED.**

Signed this 11th day of September 2012.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE